UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE NEWSON,

    Plaintiff,                   Case Number: 09-10346

v.                                   HONORABLE AVERN COHN

JOHN T. STEELE, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND
## DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR AN ORDER TO SHOW CAUSE

        This is a prisoner civil rights case under 42 U.S.C. § 1983. Plaintiff, proceeding pro se, claims that defendants were deliberately indifferent to his serious medical needs and retaliated against him for filing grievances. The matter was referred to a magistrate judge for pre-trial proceedings. Plaintiff filed a motion for a temporary restraining order (TRO) and for an order to show cause. The magistrate judge issued a report and recommendation (MJRR) recommending that the motion be denied. Neither party has filed objections to the MJRR and the time for filing objections has passed.

        Having reviewed the MJRR, the Court agrees with the magistrate judge that plaintiff is not entitled to a TRO or an order to show cause. Accordingly, the findings and conclusions of the magistrate judge are adopted as the findings and conclusions of the Court. Plaintiff's motion for a TRO and for an order to show cause is DENIED.

        SO ORDERED.


December 08, 2009                                 s/ Avern Cohn
                                                    AVERN COHN
                                                    UNITED STATES DISTRICT JUDGE

09-10346 Newson v. Steele, et al
Order Adopting Report & Recommendation re: TRO, etc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to Maurice Newson, 370171, G. Robert Cotton Correctional Facility, 3500 N. Elm Road, Jackson, MI 49201 and the attorneys of record on this date, December 8, 2009, by electronic and/or ordinary mail.

    s/ Julie Owens
Case Manager, (313) 234-5160